**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., )<br>)<br>Defendant. ) | Case No. 3:16-cv-01011-TJC-JBT<br><br>Judge Timothy J. Corrigan |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Crowley Maritime Corporation, appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's: (1) Order entered on February 8, 2018 (Dkt. No. 53) granting Defendant National Union Fire Insurance Company of Pittsburgh, PA's Motion for Summary Judgment; and (2) Judgment entered on February 9, 2018 (Dkt No. 54).

Dated: March 8, 2018

        Respectfully submitted,

        /s/ Emily E. Garrison

        Charles B. Lembcke
        Florida Bar No. 140285
        Law Offices of Charles B. Lembcke, P.A.
        1300 Riverplace Blvd
        Suite 605
        Jacksonville, FL 32207
        Telephone:  (904) 355-5467
        Facsimile:  (904) 633-9328
        Email: cbl@cbllaw.com

-2-

*Admitted Pro Hac Vice:*
John D. Shugrue
Thomas A. Marrinson
Emily E. Garrison
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
Telephone:  (312) 207-1000
Facsimile:  (312) 207-6400
Email: jshugrue@reedsmith.com
          tmarrinson@reedsmith.com
          egarrison@reedsmith.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 8, 2018, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide email notification of the following to all attorneys of record:

Michael P. Duffy
Scarlett M. Rajbanshi
Peabody & Arnold, LLP
6th Floor
600 Atlantic Ave.
Boston, MA 02210-2261
Phone: 617-951-2002
Email: mduffy@peabodyarnold.com
          srajbanshi@peabodyarnold.com


Stephen Hunter Johnson
Jason Benjamin Bloom
Lydecker Diaz
1221 Brickell Ave 19th Flr
Miami, FL 33131-3240
Phone: 305-416-3180
Email: shj@lydeckerdiaz.com
          jbloom@lydeckerdiaz.com


/s/ Emily E. Garrison
Emily E. Garrison