U.S. COURT OF APPEALS RECEIVED
5 2018

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Application to Appear Pro Hac Vice

Court of Appeals Docket No. **18-10953**

Name: **Emily E. Garrison**  Phone: **312-207-3917**

Firm/Office: **Reed Smith LLP**  Fax: **312-207-6400**

Street Address: **10 South Wacker Drive**  E-mail: **egarrison@reedsmith.com**

City: **Chicago**  State: **Illinois**  Zip: **60606**

Name of party/parties to be represented: **Crowley Maritime Corporation**

Pursuant to 11th Cir. R. 46-4, this application must be accompanied by (1) a certificate of good standing issued within the previous six months from a court described in FRAP 46(a)(1), (2) proof of service on the other parties in compliance with FRAP 25(d), and (3) a check in the amount of $50 made payable to "U.S. Court of Appeals Non-Appropriated Fund, 11th Circuit." You must attach a list of all state and federal bars of which you are a member, including state bar numbers, and your status with each bar (e.g., active, inactive, retired, etc.) See 11th Cir. R. 46-7.

**GRANTED BY CLERK FOR COURT**

*[signature]* Christen Kennedy, Deputy Clerk  3/15/18

Answer each question. If any answer is yes, attach a statement giving details and relevant documentation.

| YES | NO | | |
|---|---|---|---|
| ☐ | ☑ | 1. | Have you changed your name or been known by any names or surnames other than the one appearing on this application? |
| ☐ | ☑ | 2a. | Have you been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or have you been admonished, sanctioned, or reprimanded by any of them pertaining to your conduct or fitness to practice? |
| ☐ | ☑ | 2b. | Are any such proceedings or allegations presently pending against you? |
| ☐ | ☑ | 3a. | Have you been a party to criminal proceedings? |
| ☐ | ☑ | 3b. | Have you been a party to civil proceedings in which allegations of fraud, misrepresentation, or other dishonesty were made against you? |
| ☐ | ☑ | 3c. | Are any proceedings or allegations presently pending against you for any matter specified in question 3a or 3b? |
| ☐ | ☑ | 4. | Have you previously applied to this court for pro hac vice admission in any proceeding? If so, when? _____ |

## OATH (OR AFFIRMATION)

I, **Emily E. Garrison**, do solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further swear (or affirm) that all statements and responses in my application to appear pro hac vice, including attachments which are incorporated herein by reference, are true and correct to the best of my knowledge, information and belief.

I certify that, except as otherwise noted, I am an active member in good standing of each state bar or the bar of the highest court of each state (including the District of Columbia) listed on the attached sheet, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this Court within 14 days of any changes in the status of my state bar memberships, while this matter remains pending. See 11th Cir. R. 46-7.

Date: **March 14, 2018**  Signature: *[signature]*

Last 4 digits of attorney's Social Security No. (for positive identification purposes): **6610**

Rev.: 10/17

## LIST OF BAR MEMBERSHIPS

You must attach a list of all bars of which you are a member, including state bars and state and federal courts to which you are admitted to practice. The list must also include bar numbers (if any), the date of admission, and your status with each bar or court (e.g., active, inactive, retired, etc.). See 11th Cir. R. 46-7. You may use this page to fulfill this requirement.

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| Illinois State Court | 6296559 | 11/06/2008 | Active |
| U.S. District Court, Northern District of Illinois | n/a | 03/20/2009 | Active |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**NOTE:** This application accompanied by all required items noted above should be forwarded to: Clerk, U.S. Court of Appeals, Eleventh Circuit, 56 Forsyth Street, N.W., Atlanta, GA 30303.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Emily Elizabeth Garrison

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2008 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 13th day of March, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., )<br>)<br>Defendant. ) | Appeal No. 18-10953<br><br>Appeal from Middle District of Florida<br>Case No. 3:16-cv-01011-TJC-JBT |

## PROOF OF SERVICE

I, Emily E. Garrison, an attorney, hereby certify that on this day, March 14, 2018, a true and accurate copy of the foregoing Application to Appear Pro Hac Vice of Emily E. Garrison, with attachments, was served via overnight express mail, postage pre-paid to the following attorneys:

Michael P. Duffy
Scarlett M. Rajbanshi
Peabody & Arnold, LLP, 6th Floor
600 Atlantic Ave.
Boston, MA 02210-2261
Email: mduffy@peabodyarnold.com
    srajbanshi@peabodyarnold.com


Stephen Hunter Johnson
Jason Benjamin Bloom
Lydecker Diaz
1221 Brickell Ave 19th Flr
Miami, FL 33131-3240
Email: shj@lydeckerdiaz.com
    jbloom@lydeckerdiaz.com

_____
Emily E. Garrison