# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 18-10953

Crowley Maritime Corporation vs. National Union Fire Ins. Co. of Pittsburgh, PA

The Clerk will enter my appearance for these named parties: Crowley Maritime Corporation

In this court these parties are: ☒ appellant(s)  ☐ petitioner(s)  ☐ intervenor(s)
☐ appellee(s)  ☐ respondent(s)  ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Illinois    State Bar No.: 6195822

Signature: /s/ John Shugrue

Name (type or print): John D. Shugrue    Phone: 312-207-2459

Firm/Govt. Office: Reed Smith LLP    E-mail: jshugrue@reedsmith.com

Street Address: 10 South Wacker Drive    Fax: 312-207-6400

City: Chicago    State: Illinois    Zip: 60606

12/07

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CROWLEY MARITIME CORPORATION, )
)
      Plaintiff, )
) Appeal No. 18-10953
v. )
) Appeal from Middle District of
NATIONAL UNION FIRE INSURANCE ) Florida
COMPANY OF PITTSBURGH, PA., ) Case No. 3:16-cv-01011-TJC-JBT
)
      Defendant. )

## CERTIFICATE OF SERVICE

I, Emily E. Garrison, an attorney, hereby certify that on this day, March 21, 2018, a true and accurate copy of the foregoing Appearance of Counsel Form for John D. Shugrue was served via overnight express mail, postage pre-paid to the following attorneys:

Michael P. Duffy
Scarlett M. Rajbanshi
Peabody & Arnold, LLP, 6th Floor
600 Atlantic Ave.
Boston, MA 02210-2261
Email: mduffy@peabodyarnold.com
       srajbanshi@peabodyarnold.com


Stephen Hunter Johnson
Jason Benjamin Bloom
Lydecker Diaz
1221 Brickell Ave 19th Flr
Miami, FL 33131-3240
Email: shj@lydeckerdiaz.com
       jbloom@lydeckerdiaz.com

                                       /s/ Emily E. Garrison
                                       Emily E. Garrison

US_ACTIVE-139616980