UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
APPEAL CASE NO.: 18-10953-A

CROWLEY MARITIME CORPORATION

*Plaintiff-Appellant,*

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

*Defendant-Appellee.*

Appeal No. 18-10953-A

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff-Appellant Crowley Maritime Corporation hereby makes the following statements pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1.

**Certificate of Interested Persons**

The following persons and business entities have an interest in the outcome of this appeal:

1. Bloom, Jason B., counsel for Appellee

2. Corrigan, Timothy J., the Honorable District Court Judge

3. Crowley Holdings, Inc., parent corporation of Appellant

4. Crowley Maritime Corporation, Appellant

5. Duffy, Michael P., counsel for Appellee

6. Garrison, Emily E., counsel for Appellant

7. Johnson, Stephen Hunter, counsel for Appellee

8. Law Office of Charles B. Lembcke, PA, counsel for Appellant

9. Lembcke, Charles B., counsel for Appellant

10. Marrinson, Thomas A., counsel for Appellant

11. National Union Fire Insurance Company of Pittsburgh, PA, Appellee

12. Peabody & Arnold LLP, counsel for Appellee

13. Rajbanshi, Scarlett M., counsel for Appellee

14. Reed Smith LLP, counsel for Appellant

15. Shugrue, John D., counsel for Appellant

16. Toomey, Joel B., the Honorable District Court Magistrate Judge

## **Corporate Disclosure Statement**

Appellant Crowley Maritime Corporation is a privately held corporation and is not publicly traded. Appellant Crowley Maritime Corporation is wholly owned by Crowley Holdings, Inc. No publicly-held corporation owns 10% or more of Appellant Crowley Maritime Corporation. No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ Emily E. Garrison

John D. Shugrue*
Thomas A. Marrinson*
Emily E. Garrison*
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
Email: jshugrue@reedsmith.com
tmarrinson@reedsmith.com
egarrison@reedsmith.com
***Counsel for Appellant***

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I, Emily E. Garrison, an attorney, hereby certify that on this day, March 27, 2018, a true and accurate copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was served via overnight express mail, postage pre-paid to the following attorneys:

Michael P. Duffy
Scarlett M. Rajbanshi
Peabody & Arnold, LLP, 6th Floor
600 Atlantic Ave.
Boston, MA 02210-2261
Email: mduffy@peabodyarnold.com
srajbanshi@peabodyarnold.com

Stephen Hunter Johnson
Jason Benjamin Bloom
Lydecker Diaz
1221 Brickell Ave 19th Flr
Miami, FL 33131-3240
Email: shj@lydeckerdiaz.com
jbloom@lydeckerdiaz.com

/s/ Emily E. Garrison