Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: **18-10953-A**

| Caption: | |
|---|---|
| | District and Division: Middle Dist. Florida, Jacksonville Div. |
| | Name of Judge: Timothy J. Corrigan |
| Crowley Maritime Corporation | Nature of Suit: Breach of Contract/Insurance |
| | Date Complaint Filed: 08/08/2016 |
| v. | District Court Docket Number: 3:16-cv-01011-TJC-JBT |
| | Date Notice of Appeal Filed: 03/08/2018 |
| National Union Fire Ins. Co. of Pittsburgh, PA | ☐ Cross Appeal ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes ☒ No |
| | If Yes, provide |
| | (a) Caption: |
| | (b) Citation: |
| | (c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | John D. Shugrue<br>Thomas A. Marrinson<br>Emily E. Garrison | Reed Smith, LLP<br>10 S. Wacker Drive<br>Chicago, IL 60606 | Tel: (312) 207-3917<br>Fax: (312) 207-6400<br>jshugrue@reedsmith.com<br>tmarrinson@reedsmith.com<br>egarrison@reedsmith.com |

| For Appellee: | (please see attached) |
|---|---|
| ☐ Plaintiff | |
| ☒ Defendant | |
| ☐ Other (Specify) | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☒ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$ In excess of 2,500,000 |
| ☒ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$ 0.00 |
| ☐ US Plaintiff | | ☒ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded:<br>$ 0.00 |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary  ☐ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent  ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☒ No

If Yes, provide
(a) Case Name/Statute
(b) Citation
(c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☒ No

If Yes, provide
(a) Case Name
(b) Citation
(c) Docket Number if unreported
(d) Court or Agency

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in granting summary judgment in favor of Appellee National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), including whether the district court erred in ruling that no coverage is due Appellant Crowley Maritime Corporation ("Crowley") under an Executive and Organization Liability Insurance Policy sold to Crowley by National Union in connection with a Department of Justice investigation of certain employees of Crowley, even though Crowley timely reported the Department of Justice investigation to National Union.

The trial court's Order granting Defendant National Union Fire Insurance Company of Pittsburgh, PA's Motion for Summary Judgment (Dkt. No. 53); and Judgment (Dkt No. 54) are attached.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __27th__ DAY OF __March__, __2018__.

__Emily E. Garrison__
NAME OF COUNSEL (Print)

_____
SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# **CIVIL APPEAL STATEMENT**
# **Supplement**

Crowley Maritime Corporation

v.                                                    11th Circuit Docket Number: __**18-10953-A**__

National Union Fire Ins. Co. of Pittsburgh, PA

**For Appellee-Defendant:**

| Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|
| Michael P. Duffy<br>Scarlett M. Rajbanshi | Peabody & Arnold, LLP, 6th Fl<br>600 Atlantic Ave.<br>Boston, MA 02210-2261 | Tel: (617) 951-2100<br>Fax: (617) 951-2125<br>mduffy@peabodyarnold.com<br>srajbanshi@peabodyarnold.com |
| Stephen Hunter Johnson<br>Jason Benjamin Bloom | Lydecker Diaz<br>1221 Brickell Ave 19th Flr<br>Miami, FL 33131-3240 | Tel: (305) 416-3180<br>Fax: (305) 416-3190<br>shj@lydeckerdiaz.com<br>jbloom@lydeckerdiaz.com |

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, )<br>)<br>Plaintiff, )<br>) | Appeal No. 18-10953 |
| v. )<br>) | |
| NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., )<br>) | Case No. 3:16-cv-01011-TJC-JBT |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Emily E. Garrison, an attorney, hereby certify that on this day, March 27, 2018, a true and accurate copy of the foregoing Civil Appeal Statement, was served via overnight express mail, postage pre-paid to the following attorneys:

Michael P. Duffy
Scarlett M. Rajbanshi
Peabody & Arnold, LLP, 6th Floor
600 Atlantic Ave.
Boston, MA 02210-2261
Email: mduffy@peabodyarnold.com
    srajbanshi@peabodyarnold.com


Stephen Hunter Johnson
Jason Benjamin Bloom
Lydecker Diaz
1221 Brickell Ave 19th Flr
Miami, FL 33131-3240
Email: shj@lydeckerdiaz.com
    jbloom@lydeckerdiaz.com


/s/ Emily E. Garrison

US_ACTIVE-139495064