# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2018

Scarlett M. Rajbanshi
Peabody & Arnold, LLP
600 ATLANTIC AVE STE 6000
BOSTON, MA 02110-2261

Appeal Number: 18-10953-AA
Case Style: Crowley Maritime Corporation v. National Union Fire Insurance
District Court Docket No: 3:16-cv-01011-TJC-JBT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Counsel who wish to participate in this appeal must complete and electronically file an appearance form within fourteen (14) days (appearance of counsel forms are available on the court's website). The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA
Phone #: (404) 335-6180

MOT-2 Notice of Court Action