UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　　Plaintiff<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.,<br><br>　　　　　Defendant | NO. 18-10953-AA |

**NOTICE OF APPEARANCE OF SCARLETT M. RAJBANSHI**

　　　Please enter the appearance of Scarlett M. Rajbanshi, Esq. of Peabody & Arnold LLP as attorney for the Defendant, National Union Fire Insurance Company of Pittsburgh, PA.

　　　　　　　　　　　　　　　　　　　NATIONAL UNION FIRE INSURANCE
　　　　　　　　　　　　　　　　　　　COMPANY OF PITTSBURGH, PA.,

　　　　　　　　　　　　　　　　　　　By its attorneys,

Dated: May 7, 2018　　　　　　　　　　*/s/Jason Bloom*
　　　　　　　　　　　　　　　　　　　Stephen Hunter Johnson, Esq.
　　　　　　　　　　　　　　　　　　　Jason Bloom, Esq.
　　　　　　　　　　　　　　　　　　　Lydecker Diaz
　　　　　　　　　　　　　　　　　　　1221 Brickell Avenue
　　　　　　　　　　　　　　　　　　　19th Floor
　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　(305) 416-3180
　　　　　　　　　　　　　　　　　　　shj@lydeckerdiaz.com
　　　　　　　　　　　　　　　　　　　jbloom@lydeckerdiaz.com

Michael P. Duffy, Esq. *(pro hac vice)*
Scarlett M. Rajbanshi, Esq. *(pro hac vice)*
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2004
mduffy@peabodyarnold.com
srajbanshi@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, Jason Bloom, do hereby certify that I have, this 7th day of May, 2018, served the foregoing document, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF):

*/s/ Jason Bloom*

1395607_1
9500-94066