UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant | NO. 18-10953-AA |

## NOTICE OF APPEARANCE OF MICHAEL P. DUFFY

Please enter the appearance of Michael P. Duffy, Esq. of Peabody & Arnold LLP as attorney for the Defendant, National Union Fire Insurance Company of Pittsburgh, PA.

                                    NATIONAL UNION FIRE INSURANCE
                                    COMPANY OF PITTSBURGH, PA.,

                                    By its attorneys,

Dated: May 7, 2018                          */s/Jason Bloom*
                                    Stephen Hunter Johnson, Esq.
                                    Jason Bloom, Esq.
                                    Lydecker Diaz
                                    1221 Brickell Avenue
                                    19th Floor
                                    Miami, FL 33131
                                    (305) 416-3180
                                    shj@lydeckerdiaz.com
                                    jbloom@lydeckerdiaz.com

Michael P. Duffy, Esq. *(pro hac vice)*
Scarlett M. Rajbanshi, Esq. *(pro hac vice)*
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2004
mduffy@peabodyarnold.com
srajbanshi@peabodyarnold.com

## **CERTIFICATE OF SERVICE**

    I, Jason Bloom, do hereby certify that I have, this 7th day of May, 2018, served the foregoing document, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF):

*/s/ Jason Bloom*

1395661_1
9500-94066