UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
APPEAL CASE NO.: 18-10953-A

CROWLEY MARITIME CORPORATION

Plaintiff,

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.        Appeal No.: 18-10953-A
                                  Lower Court No. 16-cv-01011
Defendants.
_____/

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTBSURGH PENNSYLVANIA, hereby makes the following statements pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1.

1. Bloom, Jason B., counsel for Appellee

2. Corrigan, Timothy J., the Honorable District Court Judge

3. Crowley Holdings, Inc., parent corporation of Appellant

4. Crowley Maritime Corporation, Appellant

5. Duffy, Michael P., counsel for Appellee

6. Garrison, Emily E., counsel for Appellant

7. Johnson, Stephen Hunter, counsel for Appellee

8. Law Office of Charles B. Lembcke, PA, counsel for Appellant

9. Lembcke, Charles B., counsel for Appellant

10. Marrinson, Thomas A., counsel for Appellant

11. National Union Fire Insurance Company of Pittsburgh, PA, Appellee

12. Peabody & Arnold LLP, counsel for Appellee

13. Rajbanshi, Scarlett M., counsel for Appellee

14. Reed Smith LLP, counsel for Appellant

15. Shugrue, John D., counsel for Appellant

16. Toomey, Joel B., the Honorable District Court Magistrate Judge

**<u>Corporate Disclosure Statement</u>**

National Union Fire Insurance Company of Pittsburgh, Pa., Defendant, is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation, and has the stock ticker symbol AIG. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc

Dated this 15th day of May, 2018

        LYDECKER | DIAZ
        Attorneys for Defendants
        1221 Brickell Avenue, 19th Floor
        Miami, Florida 33131
        Telephone: (305) 416-3180
        Facsimile: (305) 416-3190

By: /s/ Jason B. Bloom
    Stephen Hunter Johnson, Esq.
    Florida Bar Number: 12362
    shj@lydeckerdiaz.com
    Jason B. Bloom, Esq.
    Florida Bar Number: 89772
    jbloom@lydeckerdiaz.com

# CERTIFICATE OF SERVICE

I, Jason Bloom, an attorney, hereby certify that on this day, May 15, 2018, a true and accurate copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was served via overnight express mail, postage pre-paid to the following attorneys:

/s/     Jason B. Bloom
Jason B. Bloom, Esq.

## SERVICE LIST

Charles B. Lembcke
Law Office of Charles B. Lembcke, PA
Suite 605
1300 Riverplace Blvd
Jacksonville, FL 32207
904/355-5467
Fax: 904/633-9328
Email: cbl@cbllaw.com

John D. Shugrue
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
3l2-207 -2459
Fax: 312-207-6400
Email: jshugme@reedsmith.com

Emily E. Garrison
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
312-207-3917
Fax: 312-207-6400
Email: egarrison@reedsmith.com

Thomas A. Marrinson
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
312-207-1000
Fax: 312-207-6400