# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 12, 2018

Jason Benjamin Bloom
Lydecker Diaz, LLC
1221 BRICKELL AVE FL 19
MIAMI, FL 33131

Appeal Number:  18-10953-AA
Case Style:  Crowley Maritime Corporation v. National Union Fire Insurance
District Court Docket No:  3:16-cv-01011-TJC-JBT

RETURNED UNFILED: Motion for extension to file appellee brief [8481245-2] received from
Attorney Jason Benjamin Bloom for Appellee National Union Fire Insurance Company of
Pittsburgh, PA is returned unfiled because the motion contains mediation language. Please refer
to 11th Cir. R. 33-1(c)(3) and refile your motion.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA
Phone #: (404) 335-6180

MOT-11 Motion or Document Returned