# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# APPEAL CASE NO.: 18-10953-A

CROWLEY MARITIME CORPORATION

Plaintiff - Appellant,

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

Appeal No.: 18-10953-A
Lower Court No. 16-cv-01011

Defendant - Appellee.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTBSURGH PENNSYLVANIA, hereby makes the following statements pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1.

1. Bloom, Jason B., counsel for Appellee

2. Corrigan, Timothy J., the Honorable District Court Judge

3. Crowley Holdings, Inc., parent corporation of Appellant

4. Crowley Maritime Corporation, Appellant

5. Duffy, Michael P., counsel for Appellee

6. Garrison, Emily E., counsel for Appellant

7. Johnson, Stephen Hunter, counsel for Appellee

1

8. Law Office of Charles B. Lembcke, PA, counsel for Appellant

9. Lembcke, Charles B., counsel for Appellant

10. Marrinson, Thomas A., counsel for Appellant

11. National Union Fire Insurance Company of Pittsburgh, PA, Appellee

12. Peabody & Arnold LLP, counsel for Appellee

13. Rajbanshi, Scarlett M., counsel for Appellee

14. Reed Smith LLP, counsel for Appellant

15. Shugrue, John D., counsel for Appellant

16. Toomey, Joel B., the Honorable District Court Magistrate Judge

**<u>Corporate Disclosure Statement</u>**

National Union Fire Insurance Company of Pittsburgh, Pa., Defendant, is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# APPEAL CASE NO.: 18-10953-A

CROWLEY MARITIME CORPORATION

Plaintiff - Appellant

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

Appeal No.: 18-10953-A
Lower Court No. 16-cv-01011

Defendant - Appellee.

_____/

## APPELLEE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

COMES now the Appellee, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), by and through the undersigned counsel, and pursuant FRAP 31 (a) and 11th Cir. R. 31-2 (a), hereby moves this Honorable Court for an extension of time to file the appellee's initial brief and appendix, in the above styled matter, up to and including July 20, 2018. In support of this unopposed motion, National Union states as follows:

The appellee's initial brief is currently due on June 22, 2018, with the appellant having filed its initial brief on May 23, 2018.

This appeal arises out of a complex coverage dispute having been resolved in

the appellee's favor by way of summary judgment dated February 9, 2018 entered by the Honorable Judge Corrigan in the United Stated District Court for the Middle District of Florida.

On or about April 9, 2018, appellant and appellee agreed that appellant may have an additional thirty (30) days to file its brief and appellant's initial brief was thereafter filed on May 23, 2018.

Appellee is in need of a twenty-eight (28) day extension to file its brief due to the complex nature of the case and other litigation and business commitments of its counsel, which do not provide counsel with sufficient time to prepare the appellee brief on or before the current deadline of June 22, 2018.

Prior to filing this Motion, the parties conferred regarding the relief requested herein, and counsel for Appellant has indicated that it does not oppose the additional twenty-eight (28) days requested by appellee to file its brief.

For the foregoing reasons, Appellee respectfully request that this Court grant it a twenty-eight (28) day extension of time, up until and including July 20, 2018 within which to file its initial brief.

Respectfully submitted this 12th day of June, 2018

LYDECKER | DIAZ
Attorneys for Defendants
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190

By: /s/ Jason B. Bloom
Stephen Hunter Johnson, Esq.
Florida Bar Number: 12362
shj@lydeckerdiaz.com
Jason B. Bloom, Esq.
Florida Bar Number: 89772
jbloom@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I, Jason Bloom, an attorney, hereby certify that on this day, June 12, 2018, a true and accurate copy of the foregoing Unopposed Motion for Extension of Time was served via overnight express mail, postage pre-paid to the attorneys on the Service List below:

/s/    Jason B. Bloom
Jason B. Bloom, Esq.

## SERVICE LIST

Charles B. Lembcke
Law Office of Charles B. Lembcke, PA
Suite 605
1300 Riverplace Blvd
Jacksonville, FL 32207
904/355-5467
Fax: 904/633-9328
Email: cbl@cbllaw.com

Emily E. Garrison
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
312-207-3917
Fax: 312-207-6400
Email: egarrison@reedsmith.com

5

| | |
|---|---|
| John D. Shugrue<br>Reed Smith, LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606-7507<br>312-207-2459<br>Fax: 312-207-6400<br>Email: jshugme@reedsmith.com | Thomas A. Marrinson<br>Reed Smith, LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606-7507<br>312-207-1000<br>Fax: 312-207-6400 |

:1413464_1
9500-94066

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

*Check the appropriate box in section 1, and check the box in section 2.*

1. **Type-Volume**

   [✔] This document complies with the word limit of FRAP 27(d)((2)(A) because, excluding the parts of the document exempted by FRAP 32(f) and _____, this document contains 295 words.

   **or**

   [ ] This brief complies with the line limit of FRAP [insert Rule citation] because, excluding the parts of the brief exempted by FRAP 32(f) and [insert applicable Rule citation, if any], this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. **Typeface and Type-Style**

   [✔] This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

   (s) _[signature]_

   Attorney for Appellee

   Dated: 06/12/18