UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 15, 2018

Jason Benjamin Bloom
Lydecker Diaz, LLC
1221 BRICKELL AVE FL 19
MIAMI, FL 33131

Appeal Number: 18-10953-AA
Case Style: Crowley Maritime Corporation v. National Union Fire Insurance
District Court Docket No: 3:16-cv-01011-TJC-JBT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA
Phone #: (404) 335-6180

MOT-2 Notice of Court Action