IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-10953-AA

CROWLEY MARITIME CORPORATION,

                                                          Plaintiff - Appellant,

versus

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

                                                           Defendant - Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Appellee's motion for an extension of time for filing its brief is GRANTED.

Appellee's brief is due July 20, 2018, with the appendix, if any, due seven days later.

                                                           /s/ William H. Pryor Jr.
                                                           UNITED STATES CIRCUIT JUDGE