# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

---

No. 18-10953

---

District Court Docket No.
3:16-cv-01011-TJC-JBT

CROWLEY MARITIME CORPORATION,

                                                  Plaintiff - Appellant,

versus

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

                                                  Defendant - Appellee.

---

Appeal from the United States District Court for the
Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 23, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch