# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 24, 2019

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 18-10953-AA
Case Style: Crowley Maritime Corporation v. National Union Fire Insurance
District Court Docket No: 3:16-cv-01011-TJC-JBT

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

REHG-1 Ltr Order Petition Rehearing