District Court Docket No.
3:16-cv-01011-TJC-JBT

CROWLEY MARITIME CORPORATION,

                              Plaintiff - Appellant,

versus

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

                              Defendant - Appellee.

————————————————————————————

Appeal from the United States District Court for the
Middle District of Florida

————————————————————————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 23, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch